SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLUMBUS McKINNON CORPORATION,

Plaintiff,

-against-

THE TRAVELERS INDEMNITY COMPANY, *et al.*,

Defendants.

---

THE TRAVELERS INDEMNITY COMPANY,

Third-Party Plaintiff,

-against-

SENTRY INSURANCE A MUTUAL COMPANY and CM INSURANCE COMPANY, INC.,

Third-Party Defendants.

---

15cv5088 (VM) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

On January 27, 2020, in response to a prior Order of this Court, as modified on the record of an October 24, 2019 telephone conference with counsel (*see* Dkts. 205, 208, 210), this Court's Chambers received from the parties and third-party intervenors DLA Piper US, LLP, and William Kiniry, Jr., Esq., samples of documents (previously filed under seal in connection with the parties' summary judgment motions, and now refiled in redacted form, as directed by this Court), illustrating the types of information that the parties and intervenors have sought to keep confidential through their redactions. This Court having reviewed the sample documents *in camera*, and having found the redactions appropriate, it is hereby ORDERED that the documents previously filed under seal by the parties in connection with the summary judgment

briefing shall remain under seal, except to the extent of the material that has now been filed publicly by counsel.

This Court will separately undertake to file the parties' and intervenors' January 27, 2020 submission under seal.

Dated: New York, New York
February 12, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)