```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 8, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
COLUMBUS McKINNON CORPORATION,      :
                                    :
                     Plaintiff,     :     15 Civ. 5088 (VM)
                                    :
     - against -                    :     **ORDER**
                                    :
THE TRAVELERS INDEMNITY COMPANY,    :
et al.,                             :
                                    :
                     Defendants.    :
-----------------------------------X
THE TRAVELERS INDEMNITY COMPANY,    :
                                    :
           Third-Party Plaintiff,   :
                                    :
     - against -                    :
                                    :
SENTRY INSURANCE A MUTUAL COMPANY,  :
et al.,                             :
                                    :
           Third-Party Defendants.  :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Order dated September 28, 2018, the Court granted in part and denied in part the parties' motions and cross-motions for partial summary judgment. (See Dkt. No. 190.) A review of the docket sheet for this matter indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since February 12, 2020, when the Court (Magistrate Judge Freeman) ordered that the documents previously filed under seal in connection with the summary judgment briefing shall remain under seal except to the extent of the material filed publicly by counsel. (See

Dkt. No. 215.) The Court recognizes that the COVID-19 pandemic may have impeded the parties' intentions with respect to this litigation. The Court further notes that the COVID-19 pandemic has made it difficult to predict when jury trials will resume in the Daniel Patrick Moynihan Courthouse, where this Court sits. In particular, a lengthy jury trial is unlikely to be scheduled until the year 2021 is well underway. For these reasons, the Court invites the parties' views as to the status of this action and the parties' contemplation with regard to any further proceedings.

Accordingly, it is hereby

**ORDERED** that the parties confer and submit a joint letter, not to exceed three (3) pages, within thirty (30) days of the date of this Order. The letter should address the status of this action, which issues remain for trial, how long of a trial is contemplated, whether the parties seek a jury trial or a bench trial, and when the parties would be ready to proceed to trial.

**SO ORDERED.**

Dated:   New York, New York
         8 July 2020

_____
Victor Marrero
U.S.D.J.